Michael J. Macco  
Chapter 13 Trustee  
135 Pinelawn Road – Suite 120 South  
Melville, NY 11747

*This Order relates to a hearing on November 12, 2009*

UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  
--------------------------------------------------------X  **tmm1634**

In re:

Chapter 13  
JESUS GOVEA,                             Case No.: 808-72697-736  
                Debtor(s)            **ORDER**  
--------------------------------------------------------X

       Upon the application and motion of the Trustee to determine whether the petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code should be dismissed, and same having come on to be heard before the Honorable Robert E. Grossman on the 12th day of NOVEMBER, 2009, and Michael J. Macco, Chapter 13 Trustee, having appeared in support of the motion, and it appearing to the satisfaction of the Court that the best interests of creditors and the estate require this case be dismissed, and that sufficient cause has been shown, it is

       **ORDERED**, that pursuant to the provisions of 11 U.S.C. §§521(a)(1) & 1307(c), the above referenced Chapter 13 case is hereby dismissed, and $350.00 is hereby awarded to the Trustee for costs incurred in relation to this case.



**Dated: Central Islip, New York**  
        **November 19, 2009**

                                                  **Robert E. Grossman**  
                                            **United States Bankruptcy Judge**